UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VINCENT MARCELLO, ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 06-11428** |
| **CERTAIN UNDERWRITERS OF LLOYDS, ET AL.** | * | **SECTION "L"(4)** |

### ORDER

Before the Court is a Motion for Dismissal With Prejudice (Rec. Doc. 22) filed by Burns & Wilcox of Louisiana, Ltd. and Forest Insurance Facilities, Inc. Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to this motion has been timely submitted by the plaintiffs. Accordingly, this motion is deemed to be unopposed.

On March 14, 2007, the Court ordered that the plaintiffs' claims in this case be severed, and directed plaintiffs' counsel to file amended complaints for each individual property claim within thirty days. *See* Rec. Doc. 17. In that Order, the Court noted that "[a]ny claims not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice." *Id.*

In the instant motion, Burns & Wilcox and Forest Insurance ask that the claims of Vincent Marcello and Romero Marcello, made both individually and on behalf of 1113 Decatur Street, L.L.C., 1135 Decatur Street, L.L.C., Pontchartrain Investments, Inc., and Minacore

Investments, L.L.C., be dismissed with prejudice for failure to comply with the Court's March 14, 2007 Order. The Court finds that this motion is well-founded. Accordingly, IT IS ORDERED that the instant Motion for Dismissal With Prejudice (Rec. Doc. 22) is GRANTED and that the claims of Vincent Marcello and Romero Marcello, made both individually and on behalf of 1113 Decatur Street, L.L.C., 1135 Decatur Street, L.L.C., Pontchartrain Investments, Inc., and Minacore Investments, L.L.C., against Burns & Wilcox and Forest Insurance are hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana this  7th  day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE